UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| PAUL ROBINSON, | ) |  |
|---|---|---|
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 4:08CV1922 CDP |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## ORDER

The movant, Paul Robinson, having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006 (A),

**IT IS HEREBY ORDERED** that the respondent's motion for appointment of counsel for the movant [#3] is granted and Federal Public Defender for this District is appointed to represent Paul Robinson, the movant in this matter.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of December, 2008.